Sean M. Driscoll, OSB No. 022987
Sean.Driscoll@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Fax: 971.712.2801

Attorneys for Defendant
HIGH DESERT AGGREGATE & PAVING, INC.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| STACEY BOWMAN,<br><br>        Plaintiff,<br><br>v.<br><br>HIGH DESERT AGGREGATE & PAVING, INC., an Oregon Corporation,<br><br>        Defendant. | Case No.: 6:19-cv-1291<br><br>**DEFENDANT'S NOTICE OF REMOVAL**<br><br>Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446<br><br>(Deschutes County Circuit Court Case No. 19CV29137) |

TO:   The Judges and Clerk of the United States District Court for the District of Oregon

PLEASE TAKE NOTICE that Defendant High Desert Aggregate & Paving, Inc. ("Defendant"), removes this action to this Court from the Circuit Court of the State of Oregon for the County of Deschutes, pursuant to 28 U.S.C Section 1446.

1. On or about July 2, 2019, Plaintiff Stacey Bowman commenced this civil action against Defendant in the Circuit Court of the State of Oregon for the County of Deschutes by filing a Complaint entitled, *Stacey Bowman v. High Desert Aggregate & Paving, Inc*., Case No. 19CV29137. *See* concurrently filed Declaration of Sean M. Driscoll in Support of Defendant's

1 - DEFENDANT'S NOTICE OF REMOVAL

4814-6428-6368.1

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

Notice of Removal, Exhibit 1 (Summons and Complaint) and Exhibit 2 (Deschutes County Circuit Court docket for Case No. 19CV29137).

### Defendant's Removal is Timely

2. On July 19, 2019, Plaintiff's Summons and Complaint were served on Defendant. Driscoll Decl. ¶ 4. Plaintiff's Summons and Complaint constitute all of the process, pleadings and orders served on any party in the state court action. Accordingly the deadline for Defendant to respond to and/or remove the action has not expired. Defendant has not entered or appeared or voluntarily invoked or submitted to the jurisdiction of the Circuit Court of the State of Oregon for the County of Deschutes in any manner.

### Federal Question Jurisdiction

3. The above-described action is a civil action which may be removed from the state court under 28 U.S.C. § 1441(c) because Plaintiff's complaint includes one or more claims arising under the Constitution, laws or treaties of the United States. *See* Driscoll Decl., Ex. 1, Complaint ¶¶ 21–25 (asserting claim under the Fair Labor Standards Act, 29 U.S.C. §207, et seq.)

4. Under 28 U.S.C §1331, the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

### Other Procedural Requirements

5. Removal to this Court is proper pursuant to 28 U.S.C. §1446(a) because the United States District Court for the District of Oregon, Eugene Division, is the federal district and division within which the state court action is currently pending.

6. Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Defendant will give written notice thereof to Plaintiff, and file a notice of removal with the Clerk

2 - DEFENDANT'S NOTICE OF REMOVAL

4814-6428-6368.1

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

of the Circuit Court, Deschutes County, Oregon, informing the court that this matter has been removed to federal court.  A copy of this Notice of Removal will also be served upon Plaintiff.

Dated: August 15, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*s/ Sean M. Driscoll*
Sean M. Driscoll, OSB #022987
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801
Sean.Driscoll@lewisbrisbois.com
*Attorneys for Defendant*

3 - DEFENDANT'S NOTICE OF REMOVAL

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

4814-6428-6368.1

## CERTIFICATE OF SERVICE

I certify that on August 15, 2019, I served the foregoing **DEFENDANT'S NOTICE OF REMOVAL** on:

*Attorneys for Plaintiff*:

| | |
|---|---|
| Kirsten Rush | ✓ Via First Class Mail |
| Busse & Hunt | ___ Via Federal Express |
| 621 S.W. Morrison St. | ✓ Via CM/ECF System |
| Suite 521 | ___ Via Hand-Delivery |
| Portland, Oregon 97205 | ✓ Via E-Mail |
| krush@busseandhunt.com | |

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *s/ Sean Driscoll*
Sean M. Driscoll, OSB #022987
*Attorneys for Defendant*

4814-6428-6368.1
CERTIFICATE OF SERVICE
1

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801