# In the Circuit Court of the State of Oregon

For the County of **Deschutes**

**STACEY BOWMAN,**

................................................................ Plaintiff(s),

vs.

**HIGH DESERT AGGREGATE & PAVING, INC., an Oregon corporation,**

................................................................ Defendant(s).

Case No. **19CV29137**

**SUMMONS**

To  **MICHAEL T. MOORE**
    **8500 LONEPINE ROAD**
    **TERREBONNE, OR 97760**
    **Registered Agent for High Desert Aggregate & Paving, Inc.** ........ Defendant ........

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

SIGNATURE OF ☑ ATTORNEY ☐ AUTHOR FOR PLAINTIFF
**Kirsten Rush, OSB #124426**
ATTORNEY'S / AUTHOR'S NAME (TYPED OR PRINTED)   BAR NO. (IF ANY)
**621 S.W. Morrison Street, Suite 521**
ADDRESS
**Portland, Oregon 97205   (503) 248-0504**
CITY                STATE    ZIP              PHONE
**(503) 248-2131   krush@busseandhunt.com**
FAX (IF ANY)                ATTORNEY'S E-MAIL ADDRESS (IF ANY)

TRIAL ATTORNEY IF OTHER THAN ABOVE (TYPED OR PRINTED)   BAR NO.

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

ATTORNEY(S) FOR PLAINTIFF(S)

According to ORCP 7A, "a true copy of a summons and complaint" means an exact and complete copy of the original documents. No signed certification to that effect is necessary.

Page 1 – SUMMONS

FORM No. P190 – SUMMONS
© 1985-2011 Stevens-Ness Law Publishing Co,
Portland, OR www.stevensness.com
NO PART OF ANY STEVENS-NESS FORM MAY BE REPRODUCED IN ANY FORM OR BY ANY ELECTRONIC OR MECHANICAL MEANS.

Dec. of Driscoll - EXHIBIT 1
Page 1 of 8

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF DESCHUTES

| | |
|---|---|
| STACEY BOWMAN,<br><br>Plaintiff,<br><br>v.<br><br>HIGH DESERT AGGREGATE & PAVING, INC., an Oregon corporation,<br><br>Defendant. | Case No.<br><br>COMPLAINT<br>(Wage Claim Discrimination; Statutory Whistleblowing; Wage Inquiry Discrimination; Wage Claims; Penalty Wages; Wrongful Discharge)<br><br>CLAIMS NOT SUBJECT TO MANDATORY ARBITRATION<br><br>Prayer Amount: $933,963.20<br>Filing Fee Statute: ORS § 21.160(c) |

Plaintiff alleges:

**FIRST CLAIM FOR RELIEF**

(Wage Claim Discrimination - ORS chapter 652)

1.

Plaintiff is a resident and citizen of the State of Oregon.

2.

Defendant High Desert Aggregate & Paving, Inc. is an Oregon corporation doing business in Oregon. At all material times Defendant acted through agents and employees, who at all material times acted within the scope of their agency and employment.

Page 1 - COMPLAINT

BUSSE & HUNT
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205
TELEPHONE: (503) 248-0504

Dec. of Driscoll - EXHIBIT 1
Page 2 of 8

3.

Plaintiff was employed by Defendant from on or about October 2008 until April 18, 2019 when his employment was terminated.

4.

Prior to his termination, Plaintiff made internal wage claims while employed by Defendant for owed wages for vacation pay and that he was misclassified as an exempt employee because during part of the year he was paid a lower wage on an hourly basis and paid on a salary basis for another part of the year, even though he performed the same job duties year-round.

5.

Plaintiff was terminated and/or retaliated against by Defendant in substantial part because he made internal wage claims with Defendant.

6.

As a result of Defendant's conduct, Plaintiff has suffered and continues to suffer emotional distress and injury to reputation in an amount to be proven at trial, which sum is alleged to be $400,000.

7.

As a further result of Defendant's conduct, Plaintiff has suffered and continues to suffer economic loss in an amount to be proven at trial, which sum is alleged to be $400,000.

8.

Defendant acted with malice and/or demonstrated a reckless and outrageous

Page 2 - COMPLAINT

BUSSE & HUNT
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205
TELEPHONE: (503) 248-0504

Dec. of Driscoll - EXHIBIT 1
Page 3 of 8

1  indifference to a highly unreasonable risk of harm and acted with a conscious indifference to
2  the health, safety and welfare of Plaintiff, and Plaintiff reserves the right to allege punitive
3  damages pursuant to ORS 31.725 and 31.730.

9.

Plaintiff is entitled to an award of attorneys' fees pursuant to ORS 652.355 and ORS 659A.885.

## SECOND CLAIM FOR RELIEF

(Whistleblowing - ORS 659A.199)

10.

Plaintiff realleges paragraphs 1 through 3 and 6 through 8.

11.

Prior to his termination, Plaintiff reported to Defendant that Defendant could not withhold payment of his earned vacation pay and that his pay could not be changed between an hourly and salary basis for the same work, which Plaintiff believed in good faith to be a violation of state and federal laws, rules and/or regulations regarding payment of earned wages.

12.

Defendant terminated Plaintiff in substantial part in retaliation for reporting what he in good faith believed to be evidence of a violation of a state or federal law, rule or regulation pertaining to the conduct alleged in paragraph 11 above.

////

Page  3  - COMPLAINT

BUSSE & HUNT
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205
TELEPHONE: (503) 248-0504

Dec. of Driscoll - EXHIBIT 1
Page 4 of 8

13.

Plaintiff is entitled to reasonable attorneys' and expert witness fees pursuant to ORS 659A.885 and 20.107.

### THIRD CLAIM FOR RELIEF

(Wage Inquiry Discrimination - ORS 659A.355)

14.

Plaintiff realleges paragraphs 1 through 7 and 11 through 13.

15.

Plaintiff was terminated in substantial part because he inquired about, discussed, and/or disclosed his own wages or commissions.

### FOURTH CLAIM FOR RELIEF

(Wage Claim - Oregon Law)

16.

Plaintiff realleges paragraphs 1 through 3.

17.

Plaintiff was a non-exempt employee and was entitled to overtime at the rate of 1.5 times his regular rate for hours worked in excess of forty hours per work week. Plaintiff regularly worked in excess of forty hours per week, but was not paid for those hours.

18.

At the time of his termination, Plaintiff had earned and had a right to receive at least $75,462.40 in overtime wages earned in the two years prior to his termination, and at least

Page 4 - COMPLAINT

BUSSE & HUNT
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205
TELEPHONE: (503) 248-0504

$9,000 in earned vacation pay, which sums are subject to later amendment, and which sums remain due, owed, and unpaid.

19.

As a result of Defendant's conduct, Defendant owes Plaintiff additional wages in the total sum of at least $84,462.40, plus prejudgment and post-judgment interest thereon at the legal rate of 9% per annum from the due dates thereof until paid.

20.

Plaintiff is entitled to an award of reasonable attorneys' fees pursuant to ORS 652.200 and ORS 653.055.

**FIFTH CLAIM FOR RELIEF**

(Wage Claim - FLSA - 29 U.S.C. § 207, *et seq.*)

21.

Plaintiff realleges paragraphs 1 through 3.

22.

Plaintiff was an hourly, non-exempt employee and was entitled to overtime at the rate of 1.5 times his regular rate for hours worked in excess of forty hours per work week. Plaintiff regularly worked in excess of forty hours per week, but was not paid for those hours.

23.

At the time of his termination, Plaintiff had earned and had a right to receive at least $113,193.60 in overtime wages earned in the three years prior to his termination, and at least $9,000 in earned vacation pay, which sums are subject to later amendment, and which sums

Page 5 - COMPLAINT

BUSSE & HUNT
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205
TELEPHONE: (503) 248-0504

Dec. of Driscoll - EXHIBIT 1
Page 6 of 8

1  remain due, owed, and unpaid.

2  24.

3  As a result of Defendant's conduct, Defendant owes Plaintiff additional wages in the
4  total sum of at least $122,193.60, plus liquidated damages pursuant to 29 U.S.C. § 216(b),
5  
6  and prejudgment and post-judgment interest thereon at the legal rate of 9% per annum from
7  the due dates thereof until paid.

8  25.

9  Plaintiff is entitled to an award of reasonable attorneys' fees and costs pursuant to 29
10 U.S.C. § 216(b).
11

12 **SIXTH CLAIM FOR RELIEF**

13 (Wage Claim - Penalty Wages for Failure to Pay Wages Due on Termination)

14 26.

15 Plaintiff realleges paragraphs 1 through 4 and 17 through 20.
16
17 27.

18 As alleged in Plaintiff's Fourth Claim For Relief, Defendant failed to pay Plaintiff his
19 full final wages which were earned and unpaid upon his termination.

20 28.

21 Defendant failed to pay Plaintiff his wages within one business day of termination of
22 employment in violation of ORS 652.140.
23

24 29.

25 Plaintiff is entitled to a statutory penalty under ORS 653.055 and ORS 652.150 for

26

Page 6 - COMPLAINT

BUSSE & HUNT
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205
TELEPHONE: (503) 248-0504

Dec. of Driscoll - EXHIBIT 1
Page 7 of 8

the willful withholding of his rightful final pay, which penalty is equal to thirty (30) days continuing compensation, which sum is alleged to be $11,769.60, subject to later amendment.

### SIXTH CLAIM FOR RELIEF

(Wrongful Discharge)

30.

Plaintiff realleges paragraphs 1 through 3, 6 through 8, and 11.

31.

Prior to his termination, Plaintiff complained about and/or opposed Defendant's withholding payment of wages which Plaintiff in good faith believed was unlawful and in violation of wage laws.

32.

Defendant terminated Plaintiff in substantial part for exercising his important employment related right of complaining about and/or opposing unlawful employee pay practices as alleged in paragraph 31 above.

WHEREFORE, Plaintiff prays for judgment as alleged in the claims stated above.

DATED this 2nd day of July, 2019.

BUSSE & HUNT

s/ Kirsten Rush
KIRSTEN RUSH, OSB #124426
krush@busseandhunt.com
Of Attorneys for Plaintiff Stacey Bowman

TRIAL ATTORNEY:
KIRSTEN RUSH, OSB #124426

Page 7 - COMPLAINT

BUSSE & HUNT
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205
TELEPHONE: (503) 248-0504